CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Victor Omar Arias-Lopez**<br>YOB: 1985; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>20-07470MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 20, 2020, at or near Nogales, in the District of Arizona, **Victor Omar Arias-Lopez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on March 10, 2007, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Victor Omar Arias-Lopez** is a citizen of Mexico. On March 10, 2007, **Victor Omar Arias-Lopez** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On August 20, 2020, agents found **Victor Omar Arias-Lopez** in the United States at or near Nogales, Arizona, without the proper immigration documents. **Victor Omar Arias-Lopez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Julie Sottosanti | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE<br>Jacqueline M. Rateau | DATE<br>August 21, 2020 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54